UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHAIM KAPLAN, et al.

                              Plaintiffs,

                                              Civ. No. 10-5298 (KMW)

                    -against-

AL JAZEERA

                              Defendant.

-------------------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure the plaintiffs hereby voluntarily dismiss the instant action **without** prejudice.


                              Plaintiffs, by their Attorney,

                              /s/ Robert J. Tolchin
                              Robert J. Tolchin, Esq.
                              111 Livingston Street, Suite 1928
                              Brooklyn, New York 11201
                              Telephone: (718) 855-3627
                              Fax: (718) 504-4943
                              RJT@tolchinlaw.com